## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF: | Chapter 13 No.    13-45549 |
| Joseph D Ruggiero and Gloria Jean Ruggiero | Judge    Jack B. Schmetterer |
| Debtors | |

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on January 25, 2019, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

/s/ Mark Johnson

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on January 25, 2019 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Mark Johnson
Mark Johnson ARDC# 6284911

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 236-0077
Our File #: SPSB.2253

**SERVICE LIST**

Joseph D Ruggiero and Gloria Jean Ruggiero
5443 South Nottingham
Chicago, IL 60638

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Steven S Camp
Geraci Law L.L.C.
55 E. Monroe St. # 3400
Chicago, IL 60603